UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALE L. SWEITZER,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CACH, LLC; and,**<br>**MANDARICH LAW GROUP,**<br>**LLP,**<br><br>                    Defendants. | Case No.: 5:14-cv-01839-JGB-SP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING**<br>**PLAINTIFF'S REQUEST FOR**<br>**VOLUNTARY DISMISSAL OF**<br>**ACTION PURSUANT TO FED.**<br>**R. CIV. P. 41(a)** |

Having considered Plaintiff DALE L. SWEITZER's Request for Voluntary Dismissal of the action against Defendants CACH, LLC and MANDARICH LAW GROUP, LLP, the Court hereby **ORDERS** as follows:

1. The above-captioned action is dismissed in its entirety with prejudice, with the parties to bear their own attorneys fees and costs with respect to this dismissal.

**IT IS SO ORDERED**.

Date:     November 19, 2014

**HON. JESUS G. BERNAL**
**U.S. DISTRICT JUDGE**